# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VINCENT SMITHWICK, *et al.* | : | No. 18-4797 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **2nd** day of **October 2019**, upon consideration of Great Lakes Insurance SE's Motion for Judgment on the Pleadings, and for the reasons provided in this Court's Memorandum dated October 2, 2019, it is **ORDERED** that:

1. The motion (Document No. 29) is **GRANTED**.

2. The Clerk of Court is directed to close this case.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**